UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| CHARTER COMMUNICATIONS ENTERTAINMENT I, LLC d/b/a CHARTER COMMUNICATIONS/ WESTERN CONNECTICUT<br><br>Plaintiff,<br><br>v.<br><br>JODI VANCE,<br><br>Defendant. | CASE NO. 3:00-cv-01146-RNC<br><br><br><br>**APPEARANCE** |

**TO THE CLERK OF THE COURT AND ALL PARTIES OF RECORD:**

Pursuant to Local Rule 5 (b), please enter the undersigned firm's appearance as counsel in this case for plaintiff Charter Communications Entertainment 1, LLC d/b/a Charter Communications.

Dated:  Mineola, New York
       August 4, 2008

Yours, etc.,

LAW OFFICES OF PATRICK J. SULLIVAN, PLLC
Attorney for the Plaintiff

By: _____
Patrick J. Sullivan (ct26167)
92 Willis Avenue, Second Floor
Mineola, New York  11501
Phone: (516) 342-1248
Fax:   (516) 747-9405
e-mail: lawofficespjs1@optonline.net

Local Office Pursuant to Local Civil Rule 83.1(c):

Joseph M. Tobin, Esq.
Tobin & Melien
45 Court Street
New Haven, CT  06511
Phone:  (203) 777-6660
Fax:    (203) 777-1817

## Certificate of Service

**PATRICK J. SULLIVAN**, an attorney admitted to the Bar of the U.S. District Court for the District of Connecticut, certifies that the following is true and correct:

1. On August 4, 2008, I served a copy of the foregoing Appearance upon the defendant by first class postage prepaid mail to the address set forth below:

   Ms. Jodi Vance
   97 Lakes Road
   Bethlehem, CT  06751

2. On August 4, 2008, I caused to be served by e-mail a copy of the foregoing Appearance to the attorney set forth below as follows:

   Ryan Mihalic, Esq.
   Murtha Cullina LLP
   Cityplace I, 185 Asylum Street
   Hartford, CT  06103-3469
   rmihalic@murthalaw.com

Dated: Mineola, New York
       August 4, 2008

                                    _____
                                    **PATRICK J. SULLIVAN (ct26167)**