

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| CHARTER COMMUNICATIONS ENTERTAINMENT I, LLC d/b/a CHARTER COMMUNICATIONS OF WESTERN CONNECTICUT, | : <br> : <br> : Civil Action <br> : No. 3:00-cv-01146-RNC <br> : <br> : |
| Plaintiff, | : <br> : |
| v. | : AUGUST 12, 2008 <br> : |
| JODI VANCE, | |
| Defendant. | |

MOTION TO WITHDRAW APPEARANCE

Pursuant to D. Conn. L. Civ. R. 7(e), the undersigned counsel hereby moves to withdraw his appearance for defendant Charter Communications Entertainment I, LLC d/b/a Charter Communications of Western Connecticut. The reason for this request is that the undersigned's law firm no longer represents Charter Communications Entertainment I, LLC d/b/a Charter Communications of Western Connecticut. Attorney Patrick J. Sullivan, of the Law Offices of Patrick J. Sullivan, LLC has filed an appearance in this matter on behalf of

Charter Communications Entertainment I, LLC d/b/a Charter Communications of Western Connecticut.

                DEFENDANT – CHARTER COMMUNICATIONS ENTERTAINMENT I, LLC d/b/a CHARTER COMMUNICATIONS OF WESTERN CONNECTICUT

By _____
        Kari L. Olson (#ct19481)

Murtha Cullina LLP
CityPlace I
185 Asylum Street
Hartford, CT 06103-3469
Telephone: (860) 240-6000
Facsimile: (860) 240-6150
Email: kolson@murthalaw.com
Its Attorneys

## CERTIFICATE OF SERVICE

I hereby certify that on August 12, 2008, a copy of the foregoing Motion to Withdraw Appearance was served by first-class, U.S. mail, postage prepaid, to the following:

Ms. Jodi Vance
97 Lakes Road
Bethlehem, CT 06751

Patrick J. Sullivan, Esq.
92 Willis Avenue, Second Floor
Mineola, New York 11501

By _____
Kari L. Olson (#ct19481)

Murtha Cullina LLP
CityPlace I
185 Asylum Street
Hartford, CT 06103-3469
Telephone: (860) 240-6000
Facsimile: (860) 240-6150
Email: kolson@murthalaw.com

1033002v1