Dbtf!4;11.dw.12257.SOD!!!!!Epdvn fou22!!!!!!Gjrhe!19024031 19!!!!!Qbhf!2!pg4

FILED

2008 AUG 13 P 2: 31

U.S. DISTRICT COURT
NEW HAVEN, CT

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| CHARTER COMMUNICATIONS ENTERTAINMENT I, LLC d/b/a CHARTER COMMUNICATIONS OF WESTERN CONNECTICUT, | : : Civil Action : No. 3:00-cv-01146-RNC : : |
| Plaintiff, | : |
| v. | : AUGUST 12, 2008 |
| JODI VANCE, | : |
| Defendant. | |

August 19, 2008. Granted. So ordered.
/s/ Robert N. Chatigny, USDJ
Robert N. Chatigny, U.S.D.J.

MOTION TO WITHDRAW APPEARANCE

Pursuant to D. Conn. L. Civ. R. 7(e), the undersigned counsel hereby moves to withdraw his appearance for defendant Charter Communications Entertainment I, LLC d/b/a Charter Communications of Western Connecticut. The reason for this request is that the undersigned's law firm no longer represents Charter Communications Entertainment I, LLC d/b/a Charter Communications of Western Connecticut. Attorney Patrick J. Sullivan, of the Law Offices of Patrick J. Sullivan, LLC has filed an appearance in this matter on behalf of